**Order entered February 20, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01585-CV

### SUSAN ANN FISHER, Appellant

### V.

### MEDICAL CENTER OF PLANO, CYNTHIA CARTER, ANN W. HANDLEY, R.N. AND RAY J. DELGADILLO, R.T., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01024-2014**

## ORDER

Before the Court is appellant's February 17, 2015, letter, which we treat as a motion, requesting an extension of time to respond to appellees' motion to dismiss. We **GRANT** the motion and **ORDER** appellant to file her response to the motion to dismiss no later than **March 9, 2015**.

/s/    CRAIG STODDART
        JUSTICE